No. 99–5574. HALL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–5576. WALKER *v.* NEW YORK. Sup. Ct. N. Y., Queens County. Certiorari denied.

No. 99–5577. PITTS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5579. ORTEGA-TORRES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5580. KNOX *v.* LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 99–5582. BOWLER *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 99–5587. JACKSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5588. MOOSAVI *v.* EVANS. C. A. 4th Cir. Certiorari denied.

No. 99–5589. MOOSAVI *v.* ZOOK, DIRECTOR OF ZONING ADMINISTRATION, ZONING ENFORCEMENT BRANCH. C. A. 4th Cir. Certiorari denied.

No. 99–5591. QUADROS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–5594. TOBIN *v.* BOARD OF EDUCATION, CITY OF BUFFALO. C. A. 2d Cir. Certiorari denied.

No. 99–5595. CABEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5596. ADAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5598. BAKER *v.* BARBO, ADMINISTRATOR, NORTHERN STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–5600. BILIS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.